IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID LEE TURNER,

    Petitioner,

v.

                                                  CV 08-768-JCH/CEG
                                                 CR 04-1849-JCH

UNITED STATES OF AMERICA,

    Respondent.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her Proposed Findings and Recommended Disposition on December 15, 2008.  See docket no. 7.  The Proposed Findings and Recommended Disposition recommends that the Court deny Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 because Mr. Turner has failed to establish any violation sufficient for the granting of a writ permitted by § 2255.  Specifically, the Magistrate Judge found Mr. Turner's trial counsel was not ineffective pursuant to Strickland v. Washington, 466 U.S. 668 (1984).  Mr. Turner filed objections to the Proposed Findings and Recommended Disposition on January 9, 2009.  See docket no. 8.  The Court has carefully reviewed Mr. Turner's objections de novo and finds them to be not well taken.

    Wherefore,

    **IT IS HEREBY ORDERED THAT**:

    1)  the Magistrate Judge's Proposed Findings and Recommended Disposition (doc. no. 7) are **ADOPTED**;

    2)  the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (doc. no. 1) is **DENIED**; and

3) this case is **DISMISSED WITH PREJUDICE**.

_____
UNITED STATES DISTRICT JUDGE
